# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRINITY INDUSTRIES, INC., et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION NO. 08-CV-1709 |
| v. : | |
| : | ELECTRONICALLY FILED |
| CHICAGO BRIDGE & IRON COMPANY : | |
| (INC) (IL), : | |
| : | |
| Defendant. : | |

## STIPULATION FOR ORDER TO EXTEND TIME
## FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Trinity Industries, Inc. and Trinity Industries Railcar Corporation and Defendant Chicago Bridge & Iron Company (Inc) (IL), by and through their undersigned counsel, hereby stipulate as follows in connection with the above-captioned matter:

1. Defendant's response to the Complaint is currently due on or before February 11, 2009.

2. Plaintiffs and defendant, through their counsel, stipulate and agree that the time for defendant to answer, plead or otherwise move to the complaint shall be extended for 30 days to and including Friday, March 13, 2009.

| | /s/ Leonard G. Ambrose |
|---|---|
| **Attorneys for plaintiffs** <br> **Trinity Industries, Inc. and** <br> **Trinity Industries Railcar Corporation** | Leonard G. Ambrose, III, Esquire <br> PA Id. 18824 <br> AMBROSE LAW FIRM <br> 319 West Eighth Street <br> Erie, PA 16502-1495 <br> lambrose@ambroselawfirm.net <br> (Tel) (814) 549-5900 <br> (Fax) (814) 549-0968 |
| | Frederick W. Addison, III, Esquire <br> TX Id No. 00903350 <br> MUNSCH HARDT KOPF & HARR, P.C. <br> 3800 Lincoln Plaza <br> 500 North Akard <br> Dallas, TX 75201 <br> Raddison@munsch.com <br> (Tel) (214) 855-7500 <br> (Fax) (214) 855-7584 <br> *Admitted Pro Hac Vice* |
| **Attorney for Defendant** <br> **Chicago Bridge & Iron Company** <br> **(INC)(IL)** | /s/ Cathleen M. Devlin <br> Cathleen M. Devlin, Esquire <br> PA Id. No. 73680 <br> George E. Rahn, Esquire <br> PA Id. No. 19566 <br> SAUL EWING LLP <br> Centre Square West <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102-2186 <br> cdevlin@saul.com <br> nrahn@saul.com <br> (Tel) 215-972-8562 <br> (Fax) 215-972-1835 |
| Dated: February 9, 2009 | |
| | **APPROVED AND SO ORDERED.** <br> _____ <br> Gary L. Lancaster <br> United States District Judge |
| Dated: February 9, 2009 | |