IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| TRINITY INDUSTRIES, INC. and TRINITY INDUSTRIES RAILCAR CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY (INC) (IL)<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 2:08-cv-01709-GLL<br>**ELECTRONICALLY FILED** |

## STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS

Plaintiffs Trinity Industries, Inc. and Trinity Industries Railcar Corporation ("Plaintiffs") and Defendant Chicago Bridge & Iron Company (Inc) (IL) ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows in connection with the above-captioned matter:

1. On March 13, 2009, Defendant filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6).

2. By Order dated March 15, 2009, the Court directed Plaintiffs to file any response in opposition to the Motion to Dismiss on or before April 3, 2009.

3. Plaintiffs and defendant, through their counsel, stipulate and agree that the time for Plaintiffs to file a response in opposition to the Motion to Dismiss shall be extended by 14 days to and including Friday, April 17, 2009.

April 1, 2009                                   Respectfully submitted,


                                                s/ Nolan C. Knight
                                                Frederick W. Addison, III
                                                  TX 00903350
                                                E-mail: raddison@munsch.com
                                                Nolan C. Knight
                                                  TX 24027125
                                                E-mail: nknight@munsch.com
                                                MUNSCH HARDT KOPF & HARR, P.C.
                                                3800 LINCOLN PLAZA
                                                500 NORTH AKARD
                                                DALLAS, TEXAS 75201
                                                Telephone: (214) 855-7500
                                                Facsimile: (214) 855-7584

                                                Leonard G. Ambrose
                                                  PA 18824
                                                AMBROSE LAW FIRM
                                                319 W. 8th Street
                                                Erie, Pennsylvania 16502-1495
                                                Telephone: (814) 459-5900
                                                Facsimile: (814) 459-0968
                                                E-mail: lambrose@ambroselawfirm.net

                                                **COUNSEL FOR PLAINTIFFS TRINITY
                                                INDUSTRIES, INC. and TRINITY
                                                INDUSTRIES RAILCAR CORPORATION**

April 1, 2009                                       Respectfully submitted,

                                        s/ Cathleen M. Devlin (with permission)
                                        Cathleen M. Devlin
                                            PA Id. No. 73680
                                        E-mail: cdevlin@saul.com
                                        George E. Rahn
                                            PA Id. No. 19566
                                        E-mail: nrahn@saul.com
                                        SAUL EWING LLP
                                        Centre Square West
                                        1500 Market Street, 38th
                                        Philadelphia, Pennsylvania 19102-
                                        Telephone: (215) 972-8562
                                        Facsimile: (215) 972-1835

                                        **COUNSEL FOR DEFENDANT CHICAGO**
                                        **BRIDGE & IRON COMPANY (INC) (IL)**

## ORDER

AND NOW, this 1st day of April, 2009, IT IS HEREBY ORDERED that the within stipulation is GRANTED and plaintiff's response to defendant's motion to dismiss shall be filed on or before April 17, 2009. NO FURTHER EXTENSION, STIPULATED OR NOT, WILL BE GRANTED.

IT IS FURTHER ORDERED that the Initial Local Rule 16.1 Scheduling Conference, scheduled for April 7, 2009, is hereby continued to Tuesday, April 28, 2009 at 4:30 PM. The Court is amenable to conducting this conference by telephone. Participating counsel shall contact chambers to make such arrangements.

                                        BY THE COURT:

                                        _____, J.
                                        The Honorable Gary L. Lancaster, U.S. District Judge