IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TRINITY INDUSTRIES, INC. and TRINITY INDUSTRIES RAILCAR CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY<br><br>Defendant. | Civil Action No. 2:08-cv-01709-GLL<br>**ELECTRONICALLY FILED** |

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Before the Court is Plaintiffs Trinity Industries, Inc. and Trinity Industries Railcar Corporations' Unopposed Motion to Amend Complaint. The Court finds the Motion is well taken, and it hereby is GRANTED.

It therefore is ordered as follows:

1) Plaintiffs Trinity Industries, Inc. and Trinity Industries Railcar Corporation shall file their First Amended Complaint by no later than June 1, 2010; and

2) The case caption in this matter hereby is modified as reflected in this Order.

SO ORDERED this 18th day of May 2010.

_____
Gary L. Lancaster
Chief United States District Judge

1