IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRINITY INDUSTRIES, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 08-1709 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) |
| CHICAGO BRIDGE & IRON COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Through an exercise of the Court's inherent authority, this case hereby is **STAYED** pending completion of neutral evaluation/mediation. *See* Order (Doc. 92) (recommending same); *see also* Rice v. Astrue, 2010 WL 3607474, *2 (D. S.C. Sept. 9, 2010) ("a federal court has the inherent power to stay, *sua sponte*, an action before it") (citations and internal quotations omitted). For the duration of the stay, this case is and shall remain **ADMINISTRATIVELY CLOSED**. Administrative closings comprise a familiar way in which courts remove cases from their active files without final adjudication. Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127 (3d Cir. 2004) (citation and internal quotations omitted). Administrative closure is a docket control device used by the Court for statistical purposes, and it does not prejudice the rights of the parties in any manner. Honig v. Comcast of Georgia I, LLC, 537 F. Supp.2d 1277, 1290 n.8 (N.D. Ga. 2008).

As and when appropriate, any party may restore this action to the Court's active calendar upon application or by motion. *See* In re Arbitration Between Philadelphia Elec. Co. v. Nuclear Elec. Ins., Ltd., 845 F. Supp. 1026, 1028 (S.D.N.Y. 1994) (holding same).

IT IS SO ORDERED.


February 21, 2014                                s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record